# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CARY WOLOVICK, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 16-cv-2787 |
| v. | ) Hon. Jorge L. Alonso |
| CITIZENS FOR SEO, an Illinois political committee, and ANDREW SEO, individually, | ) Hon. Sheila Finnegan<br>)<br>) |
| Defendants. | ) |

## STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cary Wolovick ("Plaintiff") and Defendants Citizens For Seo and Andrew Seo ("Defendants") (collectively, the "Parties"), hereby stipulate and agree that Plaintiff's individual claims against Defendants are dismissed with prejudice and the claims asserted on behalf of the proposed class against Defendants are dismissed without prejudice. All parties to bear their own costs and attorneys' fees.

Dated: September 14, 2017

Respectfully submitted,

CARY WOLOVICK, individually and on behalf of all others similarly situated

By: _/s/ Richard S. Wilson_

Joseph J. Siprut
*jsiprut@siprut.com*
Richard S. Wilson
*rwilson@siprut.com*
**SIPRUT PC**
17 North State Street
Suite 1600
Chicago, Illinois 60602
Phone: 312.236.0000
Fax: 312.878.1342

*Counsel for Plaintiff
and the Proposed Putative Class*


CITIZENS FOR SEO and ANDREW SEO

By: _/s/ Andrew Seo_

Andrew Seo
*andrewseo@mail.com*

*Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation To Dismiss** was filed this 14th day of September 2017, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

                                                      */s/ Richard S. Wilson*
                                                      Richard S. Wilson